| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | ISP | city | District | Province |
|---|---|---|---|---|---|---|---|
| 1 | 76.97.218.228 | Vuze 4.9.0.0 | 03/23/2013 10:55:15 AM | Comcast Cable | Cumming | Georgia Northern | Forsyth |
| 2 | 76.105.75.230 | Vuze 4.9.0.0 | 03/23/2013 04:29:40 AM | Comcast Cable | Tucker | Georgia Northern | DeKalb |
| 3 | 67.191.253.37 | µTorrent Mac 1. | 03/12/2013 11:18:49 AM | Comcast Cable | Lithonia | Georgia Northern | DeKalb |
| 4 | 174.49.113.223 | µTorrent 3.2.3 | 02/13/2013 06:30:11 PM | Comcast Cable | Marietta | Georgia Northern | Cobb |
| 5 | 71.59.26.167 | Transmission 2. | 02/13/2013 05:29:22 AM | Comcast Cable | Alpharetta | Georgia Northern | Fulton |
| 6 | 71.56.64.246 | µTorrent 3.1.3 | 02/09/2013 10:23:41 PM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 7 | 76.97.176.253 | µTorrent 3.2.3 | 02/05/2013 09:18:21 PM | Comcast Cable | Alpharetta | Georgia Northern | Fulton |
| 8 | 199.116.116.4 | µTorrent Mac 1. | 02/02/2013 02:52:26 PM | Colo at 55, LLC | Atlanta | Georgia Northern | DeKalb |
| 9 | 50.147.246.150 | BitTorrent 7.6.1 | 01/27/2013 09:54:07 PM | Comcast Cable | Loganville | Georgia Northern | Gwinnett |
| 10 | 208.252.138.130 | Transmission 2. | 01/27/2013 06:47:59 PM | Verizon Bus. | Atlanta | Georgia Northern | DeKalb |
| 11 | 68.234.246.57 | Vuze 4.8.1.2 | 01/25/2013 08:02:35 AM | Distrib. Manag. Info. Sys | Carrollton | Georgia Northern | Carroll |
| 12 | 76.105.75.230 | Vuze 4.8.1.2 | 01/25/2013 04:32:59 AM | Comcast Cable | Stone Mtn. | Georgia Northern | DeKalb |
| 13 | 24.30.15.133 | µTorrent 3.2.3 | 01/21/2013 01:54:11 AM | Comcast Cable | Lawrenceville | Georgia Northern | Gwinnett |
| 14 | 76.105.118.172 | µTorrent 3.2.3 | 01/20/2013 02:36:36 AM | Comcast Cable | Acworth | Georgia Northern | Cobb |
| 15 | 76.97.248.35 | Vuze 4.5.0.4 | 01/19/2013 04:43:03 AM | Comcast Cable | Fayetteville | Georgia Northern | Fayette |
| 16 | 24.98.242.117 | µTorrent 3.2.3 | 01/19/2013 01:10:04 AM | Comcast Cable | Alpharetta | Georgia Northern | Fulton |
| 17 | 98.192.117.85 | µTorrent 3.2.3 | 01/16/2013 07:28:10 PM | Comcast Cable | Fairburn | Georgia Northern | Fulton |
| 18 | 24.126.203.211 | µTorrent 3.2.3 | 01/12/2013 05:54:37 AM | Comcast Cable | Norcross | Georgia Northern | Gwinnett |
| 19 | 50.147.197.92 | BitTorrent 7.3.5 | 01/11/2013 12:56:07 AM | Comcast Cable | Dacula | Georgia Northern | Gwinnett |
| 20 | 69.180.14.228 | µTorrent 3.2.2 | 01/08/2013 11:04:06 AM | Comcast Cable | Riverdale | Georgia Northern | Clayton |
| 21 | 66.190.80.43 | µTorrent 3.1.3 | 01/06/2013 06:18:14 PM | Charter Comm. | Smyrna | Georgia Northern | Cobb |
| 22 | 76.105.80.99 | µTorrent 3.2.3 | 01/05/2013 11:12:49 PM | Comcast Cable | Clarkston | Georgia Northern | DeKalb |
| 23 | 24.99.154.119 | Vuze 4.8.0.0 | 01/05/2013 08:08:06 PM | Comcast Cable | Winder | Georgia Northern | Barrow |
| 24 | 71.204.64.26 | Vuze 4.8.0.0 | 01/02/2013 11:44:16 PM | Comcast Cable | Lilburn | Georgia Northern | Gwinnett |
| 25 | 67.191.131.206 | Vuze 4.8.1.2 | 01/02/2013 09:18:21 PM | Comcast Cable | Canton | Georgia Northern | Cherokee |
| 26 | 98.192.107.62 | µTorrent Mac 1. | 01/02/2013 04:31:17 PM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 27 | 184.60.248.12 | BitTorrent 7.2.1 | 01/02/2013 05:29:04 AM | TDS Telecom | Morganton | Georgia Northern | Fannin |
| 28 | 24.30.100.75 | µTorrent 3.1.0 | 01/01/2013 11:08:42 PM | Comcast Cable | Decatur | Georgia Northern | DeKalb |
| 29 | 66.56.41.136 | µTorrent 3.2.3 | 01/01/2013 08:23:50 PM | Comcast Cable | Norcross | Georgia Northern | Gwinnett |
| 30 | 69.180.33.243 | Vuze 4.8.1.2 | 01/01/2013 05:01:08 PM | Comcast Cable | Douglasville | Georgia Northern | Douglas |
| 31 | 66.56.47.143 | µTorrent 3.2.2 | 12/31/2012 08:01:14 PM | Comcast Cable | Norcross | Georgia Northern | Gwinnett |
| 32 | 173.234.217.114 | µTorrent 3.2.3 | 12/31/2012 06:02:40 PM | Nobis Tech. Group | Atlanta | Georgia Northern | DeKalb |
| 33 | 173.234.217.77 | -BA3300- | 12/31/2012 12:29:29 PM | Nobis Tech. Group | Atlanta | Georgia Northern | DeKalb |
| 34 | 98.251.70.222 | BitComet 1.34 | 12/31/2012 08:08:27 AM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 35 | 96.32.88.161 | µTorrent 2.2.1 | 12/31/2012 01:21:26 AM | Charter Comm. | Lawrenceville | Georgia Northern | Gwinnett |
| 36 | 24.98.163.177 | Vuze 4.5.0.4 | 12/30/2012 10:46:11 PM | Comcast Cable | Decatur | Georgia Northern | DeKalb |
| 37 | 98.219.61.50 | µTorrent 2.2.0 | 12/30/2012 07:16:11 AM | Comcast Cable | Jonesboro | Georgia Northern | Clayton |
| 38 | 76.122.90.171 | µTorrent 3.2.3 | 12/29/2012 10:23:16 PM | Comcast Cable | Norcross | Georgia Northern | Gwinnett |
| 39 | 24.99.155.226 | µTorrent 3.2.2 | 12/29/2012 06:01:49 PM | Comcast Cable | Braselton | Georgia Northern | Jackson |
| 40 | 173.165.175.252 | BitComet 1.31 | 12/29/2012 03:06:21 AM | Comcast Bus. Comm. | Kennesaw | Georgia Northern | Cobb |
| 41 | 69.180.0.15 | µTorrent 2.2.1 | 12/29/2012 12:24:21 AM | Comcast Cable | Forest Park | Georgia Northern | Clayton |
| 42 | 71.59.20.52 | µTorrent 3.2.3 | 12/28/2012 11:21:10 PM | Comcast Cable | Alpharetta | Georgia Northern | Fulton |
| 43 | 24.30.59.99 | Vuze 4.8.0.0 | 12/27/2012 11:26:03 PM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 44 | 71.56.22.61 | Vuze 4.8.0.0 | 12/27/2012 03:04:58 PM | Comcast Cable | Decatur | Georgia Northern | DeKalb |
| 45 | 50.147.245.136 | µTorrent 3.2.3 | 12/27/2012 03:01:21 AM | Comcast Cable | Lawrenceville | Georgia Northern | Gwinnett |
| 46 | 67.191.167.35 | Vuze 4.8.0.0 | 12/26/2012 10:19:03 PM | Comcast Cable | Loganville | Georgia Northern | Gwinnett |
| 47 | 76.97.147.191 | µTorrent 3.2.3 | 12/26/2012 04:10:49 AM | Comcast Cable | Snellville | Georgia Northern | Gwinnett |