# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-655-057**

**Effective date of registration:**

May 24, 2012

## Title
    **Title of Work:** Fire With Fire

## Completion/Publication
    **Year of Completion:** 2012

## Author
    ■     **Author:** Georgia Film Fund Four, LLC
    **Author Created:** Motion picture/audiovisual
    **Work made for hire:** Yes
    **Domiciled in:** United States

## Copyright claimant
    **Copyright Claimant:** Georgia Film Fund Four, LLC
    8200 Wilshire Blvd Third Floor, Beverly Hills, CA, 90211, US

## Limitation of copyright claim
    **Material excluded from this claim:** Text
    **Previous registration and year:** PAu 3-564-612   2011
    **New material included in claim:** Motion picture/audiovisual

## Rights and Permissions
    **Organization Name:** Georgia Film Fund Four, LLC
    **Address:** 8200 Wilshire Blvd Third Floor
    Beverly Hills, CA 90211

## Certification
    **Name:** Robert Abramoff
    **Date:** May 23, 2012

**Correspondence:** Yes

**Registration #:** PAU003655057
**Service Request #:** 1-772136472



Burgee & Abramoff
Robert Abramoff
20501 Ventura Blvd Suite 262
Woodland Hills, CA 91364